

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, Dave Padula, John Stricklin, Javier Zuniga, John Doe I, Det. Spiller, Ron
Eberhardt, News4 WOAI,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On December 17, 2018, appellant filed a statement of inability to pay court costs in this court. On January 9, 2019, we issued an order setting a deadline for filing a contest to the statement. *See* TEX. R. APP. P. 20.1(a),(c); TEX. R. CIV. P. 145. The court reporter responsible for filing the reporter's record in this appeal timely filed a contest to appellant's statement of inability to pay court costs. *See* TEX. R. CIV. P. 145(f)(3).

Therefore, we abate this appeal and remand this case to the trial court. We ORDER the trial court to hold an "oral evidentiary hearing" pursuant to Rule 145(f)(5) of the Texas Rules of Civil Procedure to determine appellant's inability to afford court costs. *See id*. R. 145(f)(5). At the hearing, the burden is on appellant to prove his inability to afford court costs. *See id*. If the trial court determines appellant can afford court costs, its order requiring appellant to pay court costs must be supported by detailed findings. *See id*. R. 145(f)(6). We ORDER the trial court to file its order and any related findings **on or before February 25, 2019**.

Finally, we ORDER (1) the trial court clerk to file, **on or before March 7, 2019**, a limited clerk's record containing the trial court's order determining appellant's inability to afford court costs and any related findings; and (2) the court reporter to file, **on or before March 7, 2019**, a limited reporter's record of the contest hearing. All other appellate deadlines are suspended pending further orders from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court